IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

DANIEL LEON WATKINS         :
DONNA KAY WATKINS           :
    Debtors,                :         Chapter 7
                                             :         Case No. 12-73375-MHM
                                             :
                                             :

## AMENDED MOTION TO REOPEN CLOSED BANKRUPTCY CASE

**COMES NOW,** the Debtors, by their Attorney at Law, Shawn Eisenberg, and requests that the Court reopen this Chapter 7 bankruptcy case following the order of closure entered on January 17, 2013, showing the Court the following

1.

The foregoing case was closed due to the client's inability to complete the required Debtors' Financial Management Course on time.

2.

Debtor's completed the course on October 25, 2012 and was not delivered to our office in a timely manner.

WHEREFORE DEBTORS PRAY that the Court reconsider its closure of this bankruptcy case.

                                                                 Respectfully,
                                                                 /s/
                                                                 Shawn Eisenberg
                                                                Georgia Bar No. 128077
                                                                Attorney for Debtor
                                                                The Slomka Law Firm
                                                                1069 Spring Street, NW
                                                                2nd Floor
                                                                Atlanta, GA 30309

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

DANIEL LEON WATKINS                  :
DONNA KAY WATKINS                    :
    Debtors,                           :          Chapter 7
                                       :          Case No. 12-73375-MHM
                                       :
                                       :

## AMENDED CERTIFICATE OF SERVICE

.

This is to certify that I have this day served the foregoing **Amended Motion to Reopen Closed Bankruptcy Case** upon the following by depositing a copy in the United States First Class Mail in a properly addressed envelope with adequate postage affixed there on to:

*Trustee*
Dale R. F. Goodman
Suite 200
1303 Hightower Trail
Atlanta, GA 30350

William Seth Yarbrough
800 Peachtree Street, NE
Unit 107
Atlanta, GA 30308

SEE EXHIBIT "A" FOR ADDITIONAL CREDITORS

This 26th day of March, 2013

                                          /s/
                                          Shawn Eisenberg
                                          Georgia Bar No. 128077
                                          Attorney for Debtor

The Slomka Law Firm
1069 Spring Street, NW

2nd Floor
Atlanta, GA 30309

```
Label Matrix for local noticing          Bank of .America, N.A.                   GE Capital Retail Bank
113E-1                                   c/o BDFLB LLP                            c/o Recovery Management Systems Corporat
Case 12-73375-mhm                        15000 Surveyor Blvd Ste 100              Attn Ramesh Singh
Northern District of Georgia             Addison, TX 75001-4417                   25 SE 2nd Avenue, Suite 1120
Atlanta                                                                           Miami, FL 33131-1605
Tue Mar 26 09:46:01 EDT 2013

Office of the United States Trustee      Asset Acceptance                         Asset Acceptance
362 Richard Russell Building             Francis S. Blake, CEO or his successor   Home Depot
75 Spring Street, SW                     Home Depot                               c/o CSC of Cobb County, Inc
Atlanta, GA 30303-3315                   2455 Paces Ferry Road                    Registered Agent
                                         Atlanta, GA 30339-1834                   136 N. Fairground St, NE
                                                                                  Marietta, GA 30060-1533

Asset Acceptance                         Asset Acceptance                         Asset Acceptance
Sanjiv Das, CEO or his successor         c/o CT Corporation System                c/o Kerri B. Mills
Citibank, NA                             Registered Agent                         PO Box 1635
399 park Avenue                          1201 Peachtree Street, NE                Roswell, GA 30077-1635
New York, NY 10022-4699                  Atlanta, GA 30361-3503

Bank of America                          Barclays Bank Delaware                   Brandsmart
450 American Street                      Po Box 8803                              PO Box 965036
Simi Valley, CA 93065-6285               Wilmington, DE 19899-8803                Orlando, FL 32896-5036


Capital One                              Capital One Bank                         Capital One Bank
PO Box 30281                             c/o Corporation Services Company         c/o Frederick J Hanna
Salt Lake City, UT 84130-0281            Registered Agent                         1427 Roswell Road
                                         1111 East Main Street                    Marietta, GA 30062-3668
                                         Richmond, VA 23219-3531

Capital One Bank, NA                     Chase Bank                               (p)GEORGIA DEPARTMENT OF REVENUE
Richard D. Farirbank, CEO or his success PO Box 15298                             BANKRUPTCY SECTION
1680 Capital One Drive                   Wilmington, DE 19850-5298                1800 CENTURY BLVD NE
Suite 1400                                                                        SUITE 17200
McLean, VA 22102-3407                                                             ATLANTA GA 30345-3206

HSBC Bank                                HSBC Bank Nevada, NA                     HSBC Bank Nevada, NA
c/o Frederick J Hanna                    Irene Dorner, CEO or her successor       c/o The Corporation Trust of Nevada
1427 Roswell Road                        1111 B Town Center Drive                 Registered Agent
Marietta, GA 30062-3668                  Las Vegas, NV 89144                      311 S Division Street
                                                                                  Carson City, NV 89703-4202

Internal Revenue Service                 (p)MARLIN MEDCLR INOVISION               NCO Financial Systems
PO Box 7346                              507 PRUDENTIAL ROAD                      PO Box 15273
Philadelphia, PA 19101-7346              HORSHAM PA 19044-2308                    Wilmington, DE 19850-5273


Orchard Bank                             (p)PORTFOLIO RECOVERY ASSOCIATES LLC     Recovery Management Systems Corporation
1301 E. Tower Road                       PO BOX 41067                             25 S.E. 2nd Avenue, Suite 1120
Schaumburg, IL 60173-4331                NORFOLK VA 23541-1067                    Miami, FL 33131-1605


U. S. Attorney                           Daniel Leon Watkins                      Donna Kay Watkins
600 Richard B. Russell Bldg.             4701 Vermack Ridge                       4701 Vermack Ridge
75 Spring Street, SW                     Dunwoody, GA 30338-5017                  Dunwoody, GA 30338-5017
Atlanta,  GA 30303-3315
```

```
Howard P. Slomka                          Janet G. Watts
Slomka Law Firm                           600 North Glynn Street
2nd Floor                                 Suite C
1069 Spring Street, NW                    Fayetteville, GA 30214-6716
Atlanta, GA 30309-3817
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Georgia Department of Revenue    NCO Financial                 Portfolio Recovery Associates
1800 Century Blvd                Po Box 41466                  Po Box 12914
Suite 17200                      Philadelphia, PA 19101        Norfolk, VA 23541
Atlanta, GA 30345
```

```
End of Label Matrix
Mailable recipients    31
Bypassed recipients     0
Total                  31
```