UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| DANIEL LEON WATKINS and | ) | CASE NO.  12-73375-LRC |
| DONNA KAY WATKINS, | ) | |
| | ) | |
| DEBTORS. | ) | |

## NOTICE OF APPOINTMENT OF INTERIM SUCCESSOR TRUSTEE
## AND SPECIAL MEETING OF CREDITORS

On May 31, 2020, the Court reopened this case. (Dkt. No. 49)  The United States Trustee appoints **John Lewis, Jr.,** as interim successor trustee in this case.  The trustee shall serve under the blanket bond heretofore approved. Pursuant to F. R. Bankr. P. 2003(f), the United States Trustee will convene a special meeting of creditors. The interim successor trustee will preside at the meeting. Unless creditors elect another trustee, the interim successor trustee appointed herein shall serve as trustee without further appointment or qualification under the same bond.

The name and address of the interim successor trustee and the date, time, and location of the special meeting of creditors are as follows:

| **John Lewis, Jr.**<br>1230 Peachtree Street<br>Suite 1200<br>Atlanta, GA 30309<br>Phone: (404) 891-0948 | **July 15, 2020, at 8:50 a.m.**<br><br>The meeting will be held by telephone conference call.<br>To attend, dial: **866-775-8031**.<br>When prompted, enter participant code: **8793705#.** |
|---|---|

Notice given by:         NANCY J. GARGULA
                         UNITED STATES TRUSTEE, REGION 21

                         *s/ Jeneane Treace*
                         R. Jeneane Treace
                         Georgia Bar No. 716620
                         United States Department of Justice
                         Office of the United States Trustee
                         362 Richard B. Russell Federal Building
                         75 Ted Turner Drive, S.W.
                         Atlanta, Georgia  30303
                         (404) 331-4437
                         *jeneane.treace@usdoj.gov*