PLEASE TYPE OR PRINT

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2020 JUL 31 PM 2: 04

M. Regina Thomas
[signature] Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA

### Request for Change of Address

Case Name: Daniel Leon Watkins and Donna Kay Watkins

Case No.: 12-73375    Chapter: 7

**Change of Address for:**
Debtor ☐  Creditor ☒  Attorney for Debtor ☐  Attorney for Creditor ☐

**Change for:**
Notices ONLY ☐  Payments ONLY ☐  Notices and Payments ☒

EFFECTIVE DATE OF CHANGE: 3-15-2013

Name: Daniel + Donna Watkins

Prior Address: 4701 Vermack Ridge
Dunwoody Ga 30338

*************************************************************

New Address: 4521 Crossgate Rd
Chester VA 23831

Change of Address Was Furnished By:   Debtor ☒   Creditor ☐   Attorney ☐

Date: 7-28-20         Signature of Filer: [signature]
Telephone Number: 804-496-8666

**IF FILED BY ATTORNEY**

Attorney Name:
Bar ID:
Address:

Revised August 2012

Daniel Watkins
4521 Crossgate Rd
Chester Va 23831

Richard Russell Building
United States Bankruptcy Court
Northern District
75 Ted Turner Dr,
Suite 1340
Atlanta Ga. 30303

CLEARED
U.S. Marshals
Atlanta, Ga.

28 JUL 2020 PM 6 L
RICHMOND VA 230