B6C (Official Form 6C) (4/10)

In re  **Daniel Leon Watkins,**
       **Donna Kay Watkins**,
                                      Debtors

Case No. __12-73375__

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** <br> **In Pocket** <br> Location: 280 Vista Wood Drive, Marietta GA 30066 | O.C.G.A. § 44-13-100(a)(6) | 50.00 | 50.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** <br> **Suntrust Bank** <br> **Checking Acct: 8166** <br> **Balance as of: 07/24/2012** | O.C.G.A. § 44-13-100(a)(6) | 1,387.09 | 1,387.09 |
| **Suntrust Bank** <br> **Checking Acct: 1442** <br> **Balance as of: 07/23/2012** | O.C.G.A. § 44-13-100(a)(6) | 605.52 | 605.52 |
| **Household Goods and Furnishings** <br> **Bed** <br> **4 Dressers** <br> **Sofa** <br> **2 TVs** <br> **2 Stereos** <br> **2 DVD Players** <br> **Dining room table w/4 chairs** <br> **2 Computers** <br> Location: 280 Vista Wood Drive, Marietta GA 30066 | O.C.G.A. § 44-13-100(a)(4) | 650.00 | 650.00 |
| **Books, Pictures and Other Art Objects; Collectibles** <br> **200 Books** <br> **75 CDs** <br> **100 DVDs** <br> **100 Die Casts** <br> Location: 280 Vista Wood Drive, Marietta GA 30066 | O.C.G.A. § 44-13-100(a)(6) | 475.00 | 475.00 |
| **Wearing Apparel** <br> **Husband:** <br> **12 Pairs of Jeans** <br> **30 Shirts** <br> **5 Pairs of Shoes** <br> <br> **Wife:** <br> **10 Pairs of Pants** <br> **30 Shirts** <br> **10 Pairs of Shoes** <br> Location: 280 Vista Wood Drive, Marietta GA 30066 | O.C.G.A. § 44-13-100(a)(4) | 150.00 | 150.00 |
| **Furs and Jewelry** <br> **25 Pieces of Assorted Costume Jewelry** | O.C.G.A. § 44-13-100(a)(5) | 50.00 | 50.00 |

__1__ continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/10) -- Cont.

In re **Daniel Leon Watkins,** Case No. __**12-73375**__
**Donna Kay Watkins**
Debtors

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Firearms and Sports, Photographic and Other Hobby Equipment** <br> 2 Cameras <br> 3 Sewing Machines <br> 2 Pistols <br> Location: 280 Vista Wood Drive, Marietta GA 30066 | O.C.G.A. § 44-13-100(a)(6) | 500.00 | 500.00 |
| **Stock and Interests in Businesses** <br> 10 Shares of ING Stock <br> Location: 280 Vista Wood Drive, Marietta GA 30066 | O.C.G.A. § 44-13-100(a)(6) | 85.25 | 85.25 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** <br> 2000 Dodge Caravan <br> No Loan <br> Location: 280 Vista Wood Drive, Marietta GA 30066 | O.C.G.A. § 44-13-100(a)(3) <br> O.C.G.A. § 44-13-100(a)(6) | 3,500.00 <br> 25.00 | 3,525.00 |
| 2001 Ford F-350 <br> No Loan <br> Location: 280 Vista Wood Drive, Marietta GA 30066 | O.C.G.A. § 44-13-100(a)(3) <br> O.C.G.A. § 44-13-100(a)(6) | 3,500.00 <br> 2,575.00 | 6,075.00 |
| **Other Exemptions** <br> Possible settlement in American Medical System Inc. class action lawsuit;  Missouri Circuit Cout for the City of St. Louis 1422-CC-09170.   No funds received as of March 2021 | O.C.G.A. § 44-13-100(a)(11)(D) | 0.00 | Unknown |
| | Total: | 13,552.86 | 13,552.86 |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt