IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

DANIEL LEON WATKINS  :  Chapter 7
DONNA KAY WATKINS    :
    Debtors.          :
                                  :  Case: 12-73375-lrc
                                  :
                                  :
                                  :

**COVER SHEET FOR AMENDMENT TO SCHEDULE C**

Schedule C has been amended to exempt Donna Watkins' possible interest in a class action lawsuit filed in St. Louis, MO.

DATED: April 27, 2021


____/s/_____
Howard P. Slomka, Esq.
Attorney for Debtor
Georgia bar No. 652875
6400 Powers Ferry Road, Suite 391
Atlanta, GA 30339
(404)800-4001

B6C (Official Form 6C) (4/10)

In re  **Daniel Leon Watkins,**
       **Donna Kay Watkins**
       _____,
                        Debtors

Case No. __**12-73375**__

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
☒ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand**<br>In Pocket<br>Location: 280 Vista Wood Drive, Marietta GA 30066 | O.C.G.A. § 44-13-100(a)(6) | 50.00 | 50.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit**<br>Suntrust Bank<br>Checking Acct: 8166<br>Balance as of: 07/24/2012 | O.C.G.A. § 44-13-100(a)(6) | 1,387.09 | 1,387.09 |
| Suntrust Bank<br>Checking Acct: 1442<br>Balance as of: 07/23/2012 | O.C.G.A. § 44-13-100(a)(6) | 605.52 | 605.52 |
| **Household Goods and Furnishings**<br>Bed<br>4 Dressers<br>Sofa<br>2 TVs<br>2 Stereos<br>2 DVD Players<br>Dining room table w/4 chairs<br>2 Computers<br>Location: 280 Vista Wood Drive, Marietta GA 30066 | O.C.G.A. § 44-13-100(a)(4) | 650.00 | 650.00 |
| **Books, Pictures and Other Art Objects; Collectibles**<br>200 Books<br>75 CDs<br>100 DVDs<br>100 Die Casts<br>Location: 280 Vista Wood Drive, Marietta GA 30066 | O.C.G.A. § 44-13-100(a)(6) | 475.00 | 475.00 |
| **Wearing Apparel**<br>Husband:<br>12 Pairs of Jeans<br>30 Shirts<br>5 Pairs of Shoes<br><br>Wife:<br>10 Pairs of Pants<br>30 Shirts<br>10 Pairs of Shoes<br>Location: 280 Vista Wood Drive, Marietta GA 30066 | O.C.G.A. § 44-13-100(a)(4) | 150.00 | 150.00 |
| **Furs and Jewelry**<br>25 Pieces of Assorted Costume Jewelry | O.C.G.A. § 44-13-100(a)(5) | 50.00 | 50.00 |

__1__  continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2016 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6C (Official Form 6C) (4/10) -- Cont.

In re  Daniel Leon Watkins,
       Donna Kay Watkins,
                                        Debtors

Case No.  **12-73375**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Firearms and Sports, Photographic and Other Hobby Equipment**<br>2 Cameras<br>3 Sewing Machines<br>2 Pistols<br>Location: 280 Vista Wood Drive, Marietta GA 30066 | O.C.G.A. § 44-13-100(a)(6) | 500.00 | 500.00 |
| **Stock and Interests in Businesses**<br>10 Shares of ING Stock<br>Location: 280 Vista Wood Drive, Marietta GA 30066 | O.C.G.A. § 44-13-100(a)(6) | 85.25 | 85.25 |
| **Contingent and Non-contingent Interests in Estate of a Decedent**<br>Wife is plaintiff in product liability class action against AMERICAN MEDICAL SYSTEMS, INC. THIS LAWSUIT IS NOT YET LITIGATED OR SETTLED AND NOTHING HAS BEEN PAID TO WIFE.<br>Case is Sara Bales et al. v. American Medical Systems, filed in Missouri CircuitCourt for the City of ST. Louis, Case No. 1422-CC-09170. | O.C.G.A. § 44-13-100(a)(6) | 5,497.14 | 40,187.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles**<br>2000 Dodge Caravan<br>No Loan<br>Location: 280 Vista Wood Drive, Marietta GA 30066 | O.C.G.A. § 44-13-100(a)(3)<br>O.C.G.A. § 44-13-100(a)(6) | 3,500.00<br>25.00 | 3,525.00 |
| 2001 Ford F-350<br>No Loan<br>Location: 280 Vista Wood Drive, Marietta GA 30066 | O.C.G.A. § 44-13-100(a)(3)<br>O.C.G.A. § 44-13-100(a)(6) | 3,500.00<br>2,575.00 | 6,075.00 |
| **Other Exemptions**<br>Possible settlement in American Medical System Inc. class action lawsuit; Missouri Circuit Cout for the City of St. Louis 1422-CC-09170. No funds received as of March 2021 | O.C.G.A. § 44-13-100(a)(11)(D) | 40,187.00 | 40,187.00 |
|  | Total: | 59,237.00 | 93,926.86 |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2016 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Georgia

In re: **Daniel Leon Watkins, Donna Kay Watkins**
Debtor(s)

Case No. **12-73375**
Chapter **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __2__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __4/27/21__    Signature __/s/__
**Daniel Leon Watkins**
Debtor

Date __4/27/21__    Signature __/s/__
**Donna Kay Watkins**
Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

IN RE:

DANIEL LEON WATKINS
DONNA KAY WATKINS
    Debtors,

Chapter 7
Case No. 12-73375-MHM

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and foregoing Amended Schedule C on April 27, 2021 by depositing same in the United States mail with the adequate postage affixed thereto to insure delivery addressed as follows:

SEE ATTACHED OF ADDITIONAL LIST OF CREDITORS

DATE: April 27, 2021

____/s/_____
Howard Slomka, Esq.
Attorney for Debtor
Georgia Bar No. 652875
6400 Powers Ferry Road NW
Suite 391
Atlanta, GA 30339

```
Label Matrix for local noticing          Asset Acceptance                         Asset Acceptance
113E-1                                   Francis S. Blake, CEO or his successor   Home Depot
Case 12-73375-lrc                        Home Depot                               c/o CSC of Cobb County, Inc
Northern District of Georgia             2455 Paces Ferry Road                    Registered Agent
Atlanta                                  Atlanta, GA 30339-6444                   136 N. Fairground St, NE
Tue Apr 27 12:52:58 EDT 2021                                                      Marietta, GA 30060-1533

Asset Acceptance                         Asset Acceptance                         Asset Acceptance
Sanjiv Das, CEO or his successor         c/o CT Corporation System                c/o Kerri B. Mills
Citibank, NA                             Registered Agent                         PO Box 1635
399 park Avenue                          1201 Peachtree Street, NE                Roswell, GA 30077-1635
New York, NY 100433. 10022-4614          Atlanta, GA 30361-3503

Bank of America                          Barclays Bank Delaware                   Brandsmart
450 American Street                      Po Box 8803                              PO Box 965036
Simi Valley, CA 93065-6285               Wilmington, DE 19899-8803                Orlando, FL 32896-5036


Capital One                              Capital One Bank                         Capital One Bank
PO Box 30281                             c/o Corporation Services Company         c/o Frederick J Hanna
Salt Lake City, UT 84130-0281            Registered Agent                         1427 Roswell Road
                                         1111 East Main Street                    Marietta, GA 30062-3668
                                         Richmond, VA 23219-3531

Capital One Bank, NA                     (p)JPMORGAN CHASE BANK N A               Abbey Ulsh Dreher
Richard D. Farirbank, CEO or his success BANKRUPTCY MAIL INTAKE TEAM              Barrett Daffin Frappier Turner Engel LLP
1680 Capital One Drive                   700 KANSAS LANE FLOOR 01                 Suite 100
Suite 1400                               MONROE LA 71203-4774                     4004 Belt Line Road
McLean, VA 22102-3407                                                             Addison, TX 75001-4320

(p)GEORGIA DEPARTMENT OF REVENUE         HSBC Bank                                HSBC Bank Nevada, NA
COMPLIANCE DIVISION                      c/o Frederick J Hanna                    Irene Dorner, CEO or her successor
ARCS BANKRUPTCY                          1427 Roswell Road                        1111 B Town Center Drive
1800 CENTURY BLVD NE SUITE 9100          Marietta, GA 30062-3668                  Las Vegas, NV 89144
ATLANTA GA 30345-3202

HSBC Bank Nevada, NA                     Internal Revenue Service                 Ronald A. Levine
c/o The Corporation Trust of Nevada      PO Box 7346                              Levine, Block & Strickland, LLP
Registered Agent                         Philadelphia, PA 19101-7346              Suite 240 - Centrum at Glenridge
311 S Division Street                                                             780 Johnson Ferry Road
Carson City, NV 89703                                                             Atlanta, GA 30342-1434

(p)JOHN LEWIS JR                         NCO Financial                            NCO Financial Systems
SHOOK HARDY & BACON LLP                  Po Box 41466                             PO Box 15273
1230 PEACHTREE STREET SUITE 1200         Philadelphia, PA 19101                   Wilmington, DE 19850-5273
ATLANTA GA 30309-7502


Office of the United States Trustee      Orchard Bank                             (p)PORTFOLIO RECOVERY ASSOCIATES LLC
362 Richard Russell Building             1301 E. Tower Road                       PO BOX 41067
75 Ted Turner Drive, SW                  Schaumburg, IL 60173-4331                NORFOLK VA 23541-1067
Atlanta, GA 30303-3315


Recovery Management Systems Corporation  Howard P. Slomka                         Shawna Staton
25 S.E. 2nd Avenue, Suite 1120           Slipakoff & Slomka, PC                   Office of the United States Trustee
Miami, FL 33131-1605                     Suite 391                                362 Richard Russell Building
                                         6400 Powers Ferry Road NW                75 Ted Turner Drive, SW
                                         Atlanta, GA 30339-2970                   Atlanta, GA 30303-3315


U. S. Attorney                           Daniel Leon Watkins                      Donna Kay Watkins
600 Richard B. Russell Bldg.             4521 Crossgate Road                      4521 Crossgate Road
75 Spring Street, SW                     Chester, VA 23831-4306                   Chester, VA 23831-4306
Atlanta, GA 30303-3315
```