# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CASE NUMBER: 12-73375-LRC |
|   DANIEL LEON WATKINS ) | |
|   DONNA KAY WATKINS ) | CHAPTER 7 |
| ) | |
| ) | |
| DEBTOR(S) | |

## WITHDRAWAL OF TRUSTEE'S REPORT OF NO DISTRIBUTION

COMES NOW, John Lewis, Jr., appointed as successor trustee of the estate of the above-named debtor and hereby withdraws the Report of No Distribution filed on November 13, 2012 by predecessor Trustee Janet Watts.

Dated: 6/11/2021

/s/ John Lewis Jr.
John Lewis Jr., Trustee
GA Bar No. 450880
Chapter 7 Trustee
1230 Peachtree Street
Suite 1200
Atlanta, GA 30309
(470) 867-6003
jolewis@shb.com

CERTIFICATE OF SERVICE

I certify that on **June 11, 2021**, I caused a copy of this withdrawal to be served by first class, United States mail service, with adequate postage to ensure delivery to:

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Daniel Leon Watkins
4521 Crossgate Road
Chester, VA 23831

Donna Kay Watkins
4521 Crossgate Road
Chester, VA 23831

Howard P. Slomka
Slipakoff & Slomka, PC
Suite 391
6400 Powers Ferry Road NW
Atlanta, GA 30339

/s/ John Lewis Jr.
Trustee