FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

| Case Number: | 12-73375 LRC | Trustee: | John Lewis Jr. |
|---|---|---|---|
| Case Name: | Daniel Leon Watkins | Filed (f) or Converted (c): | 09/19/12 (f) |
| | Donna Kay Watkins | §341(a) Meeting Date: | 08/17/20 |
| Period Ending: | 09/30/21 | Claims Bar Date: | 09/09/21 |

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 280 Vista Wood Drive Marietta GA 30066 | 190,292.00 | 0.00 | OA | 0.00 | FA |
| 2 | Dodge Caravan 2000<br>(see footnote) | 3,525.00 | 0.00 | OA | 0.00 | FA |
| 3 | Ford F-350 2001<br>(see footnote) | 6,075.00 | 0.00 | OA | 0.00 | FA |
| 4 | Bed4 DressersSofa2 TVs2 Stereos2 DVD PlayersDining room table w/4 chairs2 ComputersLocation: 280 Vista Wood Drive, Marietta GA 30066 | 650.00 | 0.00 | OA | 0.00 | FA |
| 5 | 200 Books75 CDs100 DVDs100 Die CastsLocation: 280 Vista Wood Drive, Marietta GA 30066 | 475.00 | 0.00 | OA | 0.00 | FA |
| 6 | 2 Cameras3 Sewing Machines2 PistolsLocation: 280 Vista Wood Drive, Marietta GA 30066 | 500.00 | 0.00 | OA | 0.00 | FA |
| 7 | Husband:12 Pairs of Jeans30 Shirts5 Pairs of Shoes Wife:10 Pairs of Pants30 Shirts10 Pairs of ShoesLocation: 280 Vista Wood Drive, Marietta GA 30066 | 150.00 | 0.00 | OA | 0.00 | FA |
| 8 | 25 Pieces of Assorted Costume Jewelry | 50.00 | 0.00 | OA | 0.00 | FA |
| 9 | DogLocation: 280 Vista Wood Drive, Marietta GA 30066 | 0.00 | 0.00 | OA | 0.00 | FA |
| 10 | Cash on hand In PocketLocation: 280 Vista Wood Drive, Marietta GA 30066 | 50.00 | 0.00 | OA | 0.00 | FA |
| 11 | Suntrust Bank Checking Acct: 8166 Balance as of: 07/24/2012 | 1,387.09 | 0.00 | OA | 0.00 | FA |
| 12 | Suntrust Bank Checking Acct: 1442 Balance as of: 07/23/2012 | 605.52 | 0.00 | OA | 0.00 | FA |
| 13 | 10 Shares of ING StockLocation: 280 Vista Wood Drive, Marietta GA 30066 | 85.25 | 0.00 | OA | 0.00 | FA |
| 14 | Possible settlement in American Medical System Inc. class action lawsuit (u) | Unknown | Unknown | | 0.00 | 1.00 |
| **TOTALS** (Excluding Unknown Values) | | **$203,844.86** | **$0.00** | | **$0.00** | **$1.00** |

Regarding Property #2   No Loan
Location: 280 Vista Wood Drive, Marietta GA 30066
Regarding Property #3   No Loan
Location: 280 Vista Wood Drive, Marietta GA 30066

**Major activities affecting case closing:**

**FORM 1**  
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**  
**ASSET CASES**

Page: 2

<09/30/2021, 4:05:32 PM - ShanekaR-630>
Archer, the claims agent, has the funds on hand. Archer will turnover the funds to the Trustee after approval by the court.

| | |
|---|---|
| **Initial Projected Date of Final Report (TFR):** December 31, 2021 | **Current Projected Date of Final Report (TFR):** December 31, 2021 |
| December 23, 2021 | /s/ John Lewis Jr. |
| Date | John Lewis Jr. |