# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

**Case Number:** 12-73375 LRC
**Case Name:** Daniel Leon Watkins
Donna Kay Watkins
**Period Ending:** 09/30/22

**Trustee:** John Lewis Jr.
**Filed (f) or Converted (c):** 09/19/12 (f)
**§341(a) Meeting Date:** 08/17/20
**Claims Bar Date:** 09/09/21

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 280 Vista Wood Drive Marietta GA 30066 | 190,292.00 | 0.00 | OA | 0.00 | FA |
| 2 | Dodge Caravan 2000<br>(see footnote) | 3,525.00 | 0.00 | OA | 0.00 | FA |
| 3 | Ford F-350 2001<br>(see footnote) | 6,075.00 | 0.00 | OA | 0.00 | FA |
| 4 | Bed4 DressersSofa2 TVs2 Stereos2 DVD PlayersDining room table w/4 chairs2 ComputersLocation: 280 Vista Wood Drive, Marietta GA 30066 | 650.00 | 0.00 | OA | 0.00 | FA |
| 5 | 200 Books75 CDs100 DVDs100 Die CastsLocation: 280 Vista Wood Drive, Marietta GA 30066 | 475.00 | 0.00 | OA | 0.00 | FA |
| 6 | 2 Cameras3 Sewing Machines2 PistolsLocation: 280 Vista Wood Drive, Marietta GA 30066 | 500.00 | 0.00 | OA | 0.00 | FA |
| 7 | Husband:12 Pairs of Jeans30 Shirts5 Pairs of Shoes Wife:10 Pairs of Pants30 Shirts10 Pairs of ShoesLocation: 280 Vista Wood Drive, Marietta GA 30066 | 150.00 | 0.00 | OA | 0.00 | FA |
| 8 | 25 Pieces of Assorted Costume Jewelry | 50.00 | 0.00 | OA | 0.00 | FA |
| 9 | DogLocation: 280 Vista Wood Drive, Marietta GA 30066 | 0.00 | 0.00 | OA | 0.00 | FA |
| 10 | Cash on hand In PocketLocation: 280 Vista Wood Drive, Marietta GA 30066 | 50.00 | 0.00 | OA | 0.00 | FA |
| 11 | Suntrust Bank Checking Acct: 8166 Balance as of: 07/24/2012 | 1,387.09 | 0.00 | OA | 0.00 | FA |
| 12 | Suntrust Bank Checking Acct: 1442 Balance as of: 07/23/2012 | 605.52 | 0.00 | OA | 0.00 | FA |
| 13 | 10 Shares of ING StockLocation: 280 Vista Wood Drive, Marietta GA 30066 | 85.25 | 0.00 | OA | 0.00 | FA |
| 14 | Possible settlement in American Medical System Inc. class action lawsuit (u) | Unknown | Unknown | | 0.00 | 1.00 |
| | **TOTALS** (Excluding Unknown Values) | **$203,844.86** | **$0.00** | | **$0.00** | **$1.00** |

Regarding Property #2 No Loan
Location: 280 Vista Wood Drive, Marietta GA 30066
Regarding Property #3 No Loan
Location: 280 Vista Wood Drive, Marietta GA 30066

**Major activities affecting case closing:**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

<10/31/2022, 5:19:13 PM - ShanekaR-630>
There is a multidistrict litigation settlement. 3 PI firms are being paid out of the settlement. We are still waiting on signed declarations from 2 so that we can file an application to employ all 3 firms. We are communicating with Connie Vega at Archer Systems who is supposed to be getting us the signed declarations.
<4/10/2022, 4:03:32 PM - ShanekaR-630>
Employed William Rountree as Attorney for the Estate. Rountree is collecting info from settlement company regarding attorneys to be paid out of the settlement. William will prepare 9019 Motion.

<09/30/2021, 4:05:32 PM - ShanekaR-630>
Claims Administrator Archer has the funds. A Motion to Approve settlement will be filed within early next week.

**Initial Projected Date of Final Report (TFR):** December 31, 2021

**Current Projected Date of Final Report (TFR):** December 30, 2022

November 04, 2022
Date

/s/ John Lewis Jr.
John Lewis Jr.

# Form 2
# Cash Receipts and Disbursements Record

**Case Number:** 12-73375 LRC
**Case Name:** Daniel Leon Watkins
Donna Kay Watkins
**Taxpayer ID#:** ******6630
**Period:** 04/01/22 - 09/30/22

**Trustee:** John Lewis Jr.
**Bank Name:** Signature Bank
**Account:** ******5661 - Checking
**Blanket Bond:** $31,475,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>Check or Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform Tran. Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | **0.00** | **0.00** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |