FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 1

| | | |
|---|---|---|
| **Case Number:** 12-73375 LRC | **Trustee:** | John Lewis Jr. |
| **Case Name:** Daniel Leon Watkins | **Filed (f) or Converted (c):** | 09/19/12 (f) |
| Donna Kay Watkins | **§341(a) Meeting Date:** | 08/17/20 |
| **Period Ending:** 03/31/23 | **Claims Bar Date:** | 09/09/21 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | | | **Estimated Net Value** | | | **Asset Fully** |
| | | **Petition/** | **(Value Determined By Trustee,** | **Property** | **Sale/Funds** | **Administered (FA)/** |
| | **Asset Description** | **Unscheduled** | **Less Liens, Exemptions,** | **Abandoned** | **Received by** | **Gross Value of** |
| **Ref #** | **(Scheduled And Unscheduled (u) Property)** | **Values** | **and Other Costs)** | **OA=§554(a) Abandon** | **the Estate** | **Remaining Assets** |
| 1 | 280 Vista Wood Drive Marietta GA 30066 | 190,292.00 | 0.00 | OA | 0.00 | FA |
| 2 | Dodge Caravan 2000 (see footnote) | 3,525.00 | 0.00 | OA | 0.00 | FA |
| 3 | Ford F-350 2001 (see footnote) | 6,075.00 | 0.00 | OA | 0.00 | FA |
| 4 | Bed4 DressersSofa2 TVs2 Stereos2 DVD PlayersDining room table w/4 chairs2 ComputersLocation: 280 Vista Wood Drive, Marietta GA 30066 | 650.00 | 0.00 | OA | 0.00 | FA |
| 5 | 200 Books75 CDs100 DVDs100 Die CastsLocation: 280 Vista Wood Drive, Marietta GA 30066 | 475.00 | 0.00 | OA | 0.00 | FA |
| 6 | 2 Cameras3 Sewing Machines2 PistolsLocation: 280 Vista Wood Drive, Marietta GA 30066 | 500.00 | 0.00 | OA | 0.00 | FA |
| 7 | Husband:12 Pairs of Jeans30 Shirts5 Pairs of Shoes Wife:10 Pairs of Pants30 Shirts10 Pairs of ShoesLocation: 280 Vista Wood Drive, Marietta GA 30066 | 150.00 | 0.00 | OA | 0.00 | FA |
| 8 | 25 Pieces of Assorted Costume Jewelry | 50.00 | 0.00 | OA | 0.00 | FA |
| 9 | DogLocation: 280 Vista Wood Drive, Marietta GA 30066 | 0.00 | 0.00 | OA | 0.00 | FA |
| 10 | Cash on hand In PocketLocation: 280 Vista Wood Drive, Marietta GA 30066 | 50.00 | 0.00 | OA | 0.00 | FA |
| 11 | Suntrust Bank Checking Acct: 8166 Balance as of: 07/24/2012 | 1,387.09 | 0.00 | OA | 0.00 | FA |
| 12 | Suntrust Bank Checking Acct: 1442 Balance as of: 07/23/2012 | 605.52 | 0.00 | OA | 0.00 | FA |
| 13 | 10 Shares of ING StockLocation: 280 Vista Wood Drive, Marietta GA 30066 | 85.25 | 0.00 | OA | 0.00 | FA |
| 14 | Possible settlement in American Medical System Inc. class action lawsuit (u) | Unknown | Unknown | | 0.00 | 1.00 |
| **TOTALS** (Excluding Unknown Values) | | **$203,844.86** | **$0.00** | | **$0.00** | **$1.00** |

Regarding Property #2   No Loan
Location: 280 Vista Wood Drive, Marietta GA 30066
Regarding Property #3   No Loan
Location: 280 Vista Wood Drive, Marietta GA 30066

**Major activities affecting case closing:**

**FORM 1** Page: 2
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

<4/22/2023, 7:14:12 PM - ShanekaR-630>
Trustee is reviewing case for possible tranfer.
<10/31/2022, 5:19:13 PM - ShanekaR-630>
There is a multidistrict litigation settlement. 3 PI firms are being paid out of the settlement. We are still waiting on signed declarations from 2 so that we can file an application to employ all 3 firms. We are communicating with Connie Vega at Archer Systems who is supposed to be getting us the signed declarations.
<4/10/2022, 4:03:32 PM - ShanekaR-630>
Employed William Rountree as Attorney for the Estate. Rountree is collecting info from settlement company regarding attorneys to be paid out of the settlement. William will prepare 9019 Motion.

<09/30/2021, 4:05:32 PM - ShanekaR-630>
Claims Administrator Archer has the funds. A Motion to Approve settlement will be filed within early next week.

**Initial Projected Date of Final Report (TFR):** December 31, 2021     **Current Projected Date of Final Report (TFR):** June 30, 2023

_____May 05, 2023_____          /s/ John Lewis Jr.
              Date                                                                John Lewis Jr.

Page: 1

# Form 2
# Cash Receipts and Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 12-73375 LRC | |
| **Case Name:** | Daniel Leon Watkins | |
| | Donna Kay Watkins | |
| **Taxpayer ID#:** | ******6630 | |
| **Period:** | 10/01/22 - 03/31/23 | |

| | |
|---|---|
| **Trustee:** | John Lewis Jr. |
| **Bank Name:** | Flagstar Bank, N.A. |
| **Account:** | ******5661 - Checking |
| **Blanket Bond:** | $29,875,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |