UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| DANIEL LEON WATKINS and | ) | CASE NO. 12-73375-LRC |
| DONNA KAY WATKINS, | ) | |
| | ) | |
| DEBTORS. | ) | |

**NOTICE OF APPOINTMENT OF INTERIM SUCCESSOR TRUSTEE
AND MEETING OF CREDITORS**

On August 3, 2023, Trustee Lewis resigned from this case. The United States Trustee gives notice that, pursuant to 11 U.S.C. §§ 701 and 703, **S. Gregory Hays** is appointed as interim successor trustee in this case and is designated to preside over the meeting of creditors. The trustee shall serve under the blanket bond heretofore approved. Pursuant to Bankruptcy Code sections 702 and 703(a) and F.R.Bankr.P 2003(f), the United States Trustee will convene a special meeting of creditors. Unless creditors elect another trustee, the interim successor trustee appointed herein shall serve as trustee without further appointment or qualification under the same bond. The name and address of the interim successor trustee and the date, time, and location of the special meeting of creditors are as follows.

| | |
|---|---|
| **S. Gregory Hays**<br>2964 Peachtree Road, NW<br>Suite 555<br>Atlanta, GA 30305 -2153<br>Phone: (404) 926-0051 | **September 11, 2023, at 8:50 a.m.**<br><br>The meeting will be held by telephone conference call.<br>To attend, dial: **866-909-7148**.<br>When prompted, enter participant code: **4958999#.** |

Notice given by:

MARY IDA TOWNSON
UNITED STATES TRUSTEE, REGION 21

*s/ Jeneane Treace*
R. Jeneane Treace
Georgia Bar No. 716620
United States Department of Justice
Office of the United States Trustee
362 Richard B. Russell Federal Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia  30303
(404) 331-4437
jeneane.treace@usdoj.gov