IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISON

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| DANIEL LEON WATKINS | ) | Case No. 12-73375-LRC |
| DONNA KAY WATKINS | ) | |
| | ) | Chapter 7 |
| | ) | |
| | ) | |
| *Debtor(s).* | ) | |

**AMENDED NOTICE OF RESIGNATION OF APPOINTMENT AS TRUSTEE**

Comes John Lewis, Jr., Interim Trustee for the above-referenced estate, and respectfully resigns as Trustee because I have resigned from the panel and cannot complete the administration of the estate.

Dated: August 18, 2023               */s/ John Lewis Jr.*
                                     JOHN LEWIS JR., Chapter 7 Trustee
                                     GA Bar No. 450880
                                     1230 Peachtree Street
                                     Suite 1200
                                     Atlanta, GA 30309
                                     Tel: (470)867-6003
                                     email: jolewis@shb.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2023, a copy of the foregoing **Notice of Resignation of Appointment as Trustee** was filed through the CM/ECF system, which will send notice of electronic filing to all counsel of record.

Dated:  8/18/2023

/s/ *John Lewis Jr.*
John Lewis Jr., Chapter 7 Trustee
GA Bar No. 450880
1230 Peachtree Street
Suite 1200
Atlanta, GA 30309
Tel: (470)867-6003
email: jolewis@shb.com